**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Paul E.  Archie v. Melisa Gomez: MHMRA Herman Memorial Hospital

Appellate case number:   01-18-01089-CV

Trial court case number: 2016-74085

Trial court:             165th District Court of Harris County

Appellant, Paul E. Archie, has filed a motion asserting that he has not received a copy of the reporter's record and requests that we order a copy of the reporter's record to be provided. The motion is DENIED. The court reporter filed information sheets on December 18, 2018 and February 7, 2019 averring that a reporter's record was not taken.

It is so ORDERED.

Judge's signature: ___/s/ Justice Gordon Goodman_____
                            Acting individually

Date: ___March 7, 2019_____